ACCEPTED
12-13-00367-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/9/2015 5:55:17 PM
CATHY LUSK
CLERK

# JAMES W. HUGGLER, JR.

## ATTORNEY AT LAW

Board Certified in Criminal Law
Board Certified in Criminal Appellate Law

Texas Board of Legal Specialization

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

2/9/2015 5:55:17 PM

CATHY S. LUSK
Clerk

February 9, 2015

Twelfth Court of Appeals
ATTN: Cathy Lusk
1517 West Front Street
Suite 354
Tyler, Texas 75702

> RE: *Justin Davis v. State of Texas*
> Appeal Number: 12-13-00367-CR
> Trial Number: 007-0653-13
> Smith County

Dear Mrs. Lusk:

I certify that I have complied with Texas Rule of Appellate Procedure 48.4 in this matter. If you have any questions, please feel free to contact me at any time.

Thank you for your attention in this matter. It is greatly appreciated.

Sincerely,

James W. Huggler, Jr.

JWH:ag

CC: Client

Mike West
Smith County District Attorney's Office

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7013 2630 0000 4405 3019

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To Justin Davis #01896139
Street, Apt. No.; Bradshaw SVF P.O. Box 9000
or PO Box No.
City, State, ZIP+4 Henderson, TX 77653

PS Form 3800, August 2006      See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

JUSTIN DAVIS
TDC 01896139
BRADSHAW UNIT
PO BOX 9000
HENDERSON, TX 77653

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)  Jennifer Pate

C. Date of Delivery  2-6-15

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

**3. Service Type**
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

**4. Restricted Delivery? (Extra Fee)** ☐ Yes

**2. Article Number**
*(Transfer from service label)*
7013 2630 0000 4405 3019

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540